JS44 (Rev. 12/00 NDGA)                    CIVIL COVER SHEET

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## 1. (a) PLAINTIFF(S)

Henry Campbell

## DEFENDANT(S)

Assurance Company of America d/b/a Zurich North America and/or A.B.C.

## (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF

(EXCEPT IN U.S. PLAINTIFF CASES)

Greene County, Georgia

## COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT

(IN U.S. PLTF. CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS    (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Victor C. Hawk, Esq.

338 Telfair Street

Augusta, Georgia 30901

## ATTORNEYS   (IF KNOWN)

Frederick Owen Ferrand, Esq.

Matthew J. Simmons, Esq.

Swift, Currie, McGhee & Hiers, LLP

1355 Peachtree Street, Suite 300

Atlanta, Georgia 30309

(404) 874-8800

## II. BASIS OF JURISDICTION

(PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. GOVERNMENT PLAINTIFF

☐ 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)

☐ 2 U.S. GOVERNMENT DEFENDANT

✱ 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

(FOR DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| ✱ 1 | ☐ 1 | CITIZEN OF THIS STATE | ☐ 4 | ☐ 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| ☐ 2 | ✱ 2 | CITIZEN OF ANOTHER STATE | ☐ 5 | ☒ 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| ☐ 3 | ☐ 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | ☐ 6 | ☐ 6 | FOREIGN NATION |

## IV.    ORIGIN  (PLACE AN X IN ONE BOX ONLY)

TRANSFERRED FROM

APPEAL TO DISTRICT

| ☐1 ORIGINAL | ☒ 2 REMOVED FROM | ☐ 3 REMANDED FROM | ☐ 4 REINSTATED OR | ☐ 5 ANOTHER DISTRICT | ☐ 6 MULTI-DISTRICT | ☐ 7 JUDGE FROM MAGISTRATE |
|---|---|---|---|---|---|---|
| PROCEEDING | STATE COURT | APPELLATE COURT | REOPENED | (SPECIFY DISTRICT) | LITIGATION | JUDGE JUDGMENT |

V.      CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28  USC § 1332 diversity jurisdiction

(IF COMPLEX, CHECK REASON BELOW)

☐  1. Unusually large number of parties.

☐  2. Unusually large number of claims or defenses.

☐  3. Factual issues are exceptionally complex

☐  4. Greater than normal volume of evidence.

☐  5. Extended discovery period is needed.

☐  6. Problems locating or preserving evidence

☐  7. Pending parallel investigations or actions by government

☐  8. Multiple use of experts

☐  9. Need for discovery outside United States boundaries.

☐  10. Existence of highly technical issues and proof.

## CONTINUED ON REVERSE

### FOR OFFICE USE ONLY

RECEIPT# 1407307        AMOUNT $ 350.00        APPLYING IFP _____        MAG. JUDGE

(IFP)

JUDGE C. A. Royal     MAG. JUDGE _____        NATURE OF SUIT

CAUSE OF ACTION
        (Referral)

## VI.  NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT - "O" MONTHS DISCOVERY
TRACK
☐ 150 RECOVERY OF OVERPAYMENT &
       ENFORCEMENT OF JUDGMENT
☐ 152 RECOVERY OF DEFAULTED STUDENT
       LOANS (EXCL. VETERANS)
☐ 153 RECOVERY OF OVERPAYMENT OF
       VETERAN'S BENEFITS

CONTRACT - "4" MONTHS DISCOVERY TRACK
☒ 110 INSURANCE
☐ 120 MARINE
☐ 130 MILLER ACT
☐ 140 NEGOTIABLE INSTRUMENT
☐ 151 MEDICARE ACT
☐ 160 STOCKHOLDERS' SUITS
☒ 190 OTHER CONTRACT
☐ 195 CONTRACT PRODUCT LIABILITY

REAL PROPERTY - "4" MONTHS DISCOVERY
TRACK
☐ 210 LAND CONDEMNATION
☐ 220 FORECLOSURE
☐ 230 RENT LEASE & EJECTMENT
☐ 240 TORTS TO LAND
☐ 245 TORT PRODUCT LIABILITY
☐ 290 ALL OTHER REAL PROPERTY

TORTS - PERSONAL INJURY - "4" MONTHS
DISCOVERY TRACK
☐ 310 AIRPLANE
☐ 315 AIRPLANE PRODUCT LIABILITY
☐ 320 ASSAULT, LIBEL & SLANDER
☐ 330 FEDERAL EMPLOYERS' LIABILITY
☐ 340 MARINE
☐ 345 MARINE PRODUCT LIABILITY
☐ 350 MOTOR VEHICLE
☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
☐ 360 OTHER PERSONAL INJURY
☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
☐ 368 ASBESTOS PERSONAL INJURY PRODUCT
LIABILITY

TORTS - PERSONAL PROPERTY - "4"
MONTHS DISCOVERY TRACK
TORTS - PERSONAL PROPERTY - "4"
MONTHS DISCOVERY TRACK
☐ 370 OTHER FRAUD
☐ 371 TRUTH IN LENDING
☐ 380 OTHER PERSONAL PROPERTY DAMAGE
☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

BANKRUPTCY - "O" MONTHS DISCOVERY
       SOCIAL SECURITY - "O" MONTHS
DISCOVERY
TRACK
☐ 422 APPEAL 28 USC 158
☐ 423 WITHDRAWAL 28 USC 157

CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK
☐ 441 VOTING
☐ 442 EMPLOYMENT
☐ 443 HOUSING/ ACCOMMODATIONS
☐ 444 WELFARE
☐ 440 OTHER CIVIL RIGHTS

PRISONER PETITIONS - "O" MONTHS
DISCOVERY TRACK
☐ 510 MOTIONS TO VACATE SENTENCE
☐ 530 HABEAS CORPUS TRACK
☐ 535 HABEAS CORPUS DEATH PENALTY
☐ 540 MANDAMUS & OTHER
☐ 550 CIVIL RIGHTS (PRISONER)
☐ 555 PRISON CONDITION(S)

FORFEITURE/PENALTY - "4" MONTHS
DISCOVERY TRACK
☐ 610 AGRICULTURE
☐ 620 FOOD & DRUG
☐ 625 DRUG RELATED SEIZURE OF
☐ 630 LIQUOR LAWS
☐ 640 R.R. & TRUCK
☐ 650 AIRLINE REGS
☐ 660 OCCUPATIONAL SAFETY/HEALTH
☐ 690 OTHER

LABOR - "4" MONTHS DISCOVERY TRACK
☐ 710 FAIR LABOR STANDARDS ACT STATUTES
☐ 720 LABOR/MGMT. RELATIONS
☐ 730 LABOR/MGMT. REPORTING &
       DISCLOSURE ACT
☐ 740 RAILWAY LABOR ACT TRACK
☐ 790 OTHER LABOR LITIGATION
☐ 791 EMPL. RET. INC. SECURITY ACT

PROPERTY RIGHTS - "4" MONTHS
DISCOVERY TRACK
☐ 820 COPYRIGHTS
☐ 840 TRADEMARK

PROPERTY RIGHTS - "8" MONTHS
DISCOVERY TRACK
☐ 830 PATENT

☐ 861 HIA(1395ff)
☐ 862 BLACK LUNG (923)
☐ 863 DIWC (405(g))
☐ 863 DIWW
☐ 405(g) TRACK
☐ 864 SSID TITLE XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS - "4" MONTHS
DISCOVERY TRACK
☐ 870 TAXES (U.S. PLAINTIFF OR
       DEFENDANT)
☐ 871 IRS - THIRD PARTY 26 USC 7609

OTHER STATUTES - '4" MONTHS DISCOVERY TRACK
☐ 400 STATE REAPPORTIONMENT
☐ 430 BANKS AND BANKING
☐ 450 COMMERCE/ICC RATES/ETC.
☐ 460 DEPORTATION
☐ 470 RACKETEER INFLUENCED AND
       CORRUPT ORGANIZATIONS
☐ 810 SELECTIVE SERVICE
☐ 875 CUSTOMER CHALLENGE 12 USC 3410
☐ 891 AGRICULTURAL ACTS
☐ 892 ECONOMIC STABILIZATION ACT
☐ 893 ENVIRONMENTAL MATTERS
☐ 894 ENERGY ALLOCATION ACT
☐ 895 FREEDOM OF INFORMATION ACT
☐ 900 APPEAL OF FEE DETERMINATION
       UNDER EQUAL ACCESS TO JUSTICE
☐ 950 CONSTITUTIONALITY OF STATE
☐ 890 OTHER STATUTORY ACTIONS

OTHER STATUTES - "8" MONTHS DISCOVERY TRACK
☐ 410 ANTITRUST
☐ 850 SECURITIES / COMMODITIES
       EXCHANGE

OTHER STATUTES - "O" MONTHS
DISCOVERY TRACK

☐ ARBITRATION
       (CONFIRM/VACATE/ORDER/MODIFY)

\* PLEASE NOTE DISCOVERY
    TRACK FOR EACH CASE
    TYPE. SEE LOCAL 26.2

---

## VII.  REQUESTED IN COMPLAINT:

( ) CHECK IF THIS A CLASS ACTION UNDER F.R.Civ.P. 23DEMAND $-

JURY DEMAND (X ) YES (  ) NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

## VIII.  RELATED CASE(S) IF ANY None

## JUDGE

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)

☐ 1.      PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.

☐ 2.      SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.

☐ 3.      VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.

☐ 4.      APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY    JUDGE.

☐ 5.      REPETITIVE CASES FILED BY PRO SE LITIGANTS.

☐ 6.      COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

8/1/12

SIGNATURE OF ATTORNEY OF RECORD

DATE

2494758v.1 00039/07364