IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| HENRY CAMPBELL, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>)<br>ASSURANCE COMPANY OF )<br>AMERICA d/b/a ZURICH NORTH )<br>AMERICA and/or ARC. That )<br>insurance company - Foreign or )<br>Domestic or some other insurance )<br>company insuring the plaintiff under )<br>Policy No. ERN67529760 and/or )<br>Policy No. ER6752976 on April 8, )<br>2009, )<br>)<br>Defendant. ) | CIVIL ACTION FILE<br>NO: 3:12-cv-98 |

## RULE 5.2 CERTIFICATE OF SERVICE

Pursuant to Rule 5.2 Northern District of Georgia, this is to certify that I have this date served a true and correct copy of the following pleadings as listed below:

1. **PLAINTIFF HENRY CAMPBELL INITIAL DISCLOSURES**.

upon all counsel of record by email to counsel of record as follows:

fred.ferrand@swiftcurrie.com

matt.simmons@swiftcurrie.com

Pam.Oliver@swiftcurrie.com

This 1st day of November, 2012.

                                  ___/s/_Victor Hawk_____
                                  Victor Hawk
                                  Attorney for Plaintiff
                                  Ga. Bar # 338650

338 Telfair Street
Augusta, Georgia 30901
706-722-3500