IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| HENRY CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSURANCE COMPANY OF AMERICA<br>d/b/a ZURICH NORTH AMERICA and/or<br>A.B.C. that insurance company – Foreign or<br>Domestic or some other insurance company<br>insuring the plaintiff under Policy No.<br>ERN67529760 and/or Policy No.<br>ER6752976 on April 8, 2009,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO: 3:12-cv-98<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSURANCE COMPANY OF AMERICA'S MOTION TO WITHDRAW MOTION TO DISMISS, MOTION FOR SANCTIONS, OR IN THE ALTERNATIVE, MOTION TO COMPEL

COMES NOW, Assurance Company of America ("ACOA"), Defendant in the above-styled action, and hereby withdraws its Motion to Dismiss, Motion for Sanctions, or in the alternative, Motion to Compel [Doc. No. 20], which was filed on January 14, 2013.

This 5th day of February, 2013.

                                            Respectfully submitted,

                                            SWIFT, CURRIE, McGHEE & HIERS, LLP

                                            */s Frederick Owen Ferrand*
                                            Frederick Owen Ferrand
                                            Georgia State Bar No. 259169
                                            Matthew J. Simmons
                                            Georgia State Bar No. 561107

Suite 300 The Peachtree                            *Attorneys for Defendant*
1355 Peachtree Street, NE                         *Assurance Company of America*
Atlanta, Georgia 30309
fred.ferrand@swiftcurrie.com
matt.simmons@swiftcurrie.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| HENRY CAMPBELL,<br><br>    Plaintiff,<br><br>vs.<br><br>ASSURANCE COMPANY OF AMERICA<br>d/b/a ZURICH NORTH AMERICA and/or<br>A.B.C. that insurance company – Foreign or<br>Domestic or some other insurance company<br>insuring the plaintiff under Policy No.<br>ERN67529760 and/or Policy No.<br>ER6752976 on April 8, 2009,<br><br>    Defendant. | )<br>)<br>)<br>)  CIVIL ACTION FILE<br>)  NO: 3:11-CV-00083 (CDL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed **ASSURANCE COMPANY OF AMERICA'S MOTION TO WITHDRAW MOTION TO DISMISS, MOTION FOR SANCTIONS, OR IN THE ALTERNATIVE, MOTION TO COMPEL** with the Clerk of Court via the CM/ECF system, which will send automatic e-mail notification to the following:

Reid V. Sanders, Esq.
The Vic Hawk Law Firm
338 Telfair Street
Augusta, Georgia 30901
rsanders@vichawklaw.com

and by U.S. Postal Service, to the following non-ECF attorneys:

Victor C. Hawk, Esq.
The Vic Hawk Law Firm
338 Telfair Street
Augusta, Georgia 30901

*[Signature on following page]*

This 5th day of February, 2013.

                                      SWIFT, CURRIE, McGHEE & HIERS, LLP

                                      */s Frederick Owen Ferrand*
                                      Frederick Owen Ferrand
                                      Georgia State Bar No. 259169
Suite 300 The Peachtree             *Attorney for Defendant*
1355 Peachtree Street, NE          *Assurance Company of America*
Atlanta, Georgia  30309
fred.ferrand@swiftcurrie.com

2568148v.1